## File Hashes for IP Address 162.203.54.120

**ISP:** AT&T Internet Services
**Physical Location:** Carmichael, CA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/02/2016 03:29:58 | A8A91DF7E61AC523273EE2DC3C2083E079C073E9 | Alone With You |
| 06/17/2016 17:00:18 | 3561DB86C081EBADA01DA1F62D3946C3CDB096FF | Pink Kitty |
| 05/23/2016 17:29:08 | C6C4F2ADEAAD272417B3134464C99E5DF9335699 | In the Garden of Ecstasy |
| 03/31/2016 00:59:40 | A473B44F6451FA7E37204F92D4FED4D807499897 | Crush on Kush |
| 03/24/2016 18:11:07 | D7153D2EC56DCBDBC5E2CE5BD8F3B5454D9F9975 | Susie Forever |
| 03/11/2016 22:46:17 | 9DEED533BDC03C598839F1F3092FC813B1AAECC5 | Come Fuck With Me |
| 03/10/2016 20:35:36 | 725E2590F1074BB7F56B86418BEF9CFE8A177B4F | X-art Unauthorized Pack 725E259 |
| 03/01/2016 21:17:02 | 1D642A114E2B74DC2EB8DA3C78FA0DB219AFBB8C | The Cock Teaser |
| 02/12/2016 19:50:10 | EE4BD4A311F61368C1BBB8621F55442D9AAF3D85 | Loving It Hard And Deep |
| 02/09/2016 21:13:08 | 6DE65FF3342C57396C06AC7A1D7CBF9013A5EE4B | A Beautiful Place |
| 01/30/2016 10:57:47 | D5DCF37082650E4E2289CC1808C04FBD2E1BE28A | Model Couple on Vacation |
| 01/23/2016 09:32:48 | 794F2842283F3D427949CB49562120FD56B27E4C | Sex Drive |
| 01/22/2016 02:38:22 | C46135C947A36DE77C2A54901161033B3E1C95C5 | Horsing Around |
| 01/09/2016 02:38:37 | 1B18D50812B58182D5E73C2DF44A124A48B3A479 | Sex At The Office |
| 01/01/2016 07:27:42 | FC4E13B4D757B4FCFB0D26D352545F93FDC0A618 | Inside Caprice |
| 12/14/2015 04:54:31 | EE95C6D75E128AA03A915F797175A13D1019EA71 | Make Me Cum |
| 12/11/2015 19:55:31 | CA222415E62DEDEF942451F757354BA6196A1EB7 | Like The First Time |
| 11/30/2015 00:10:58 | 6A3838477A3508CEBDEF39F40AB6B4E3687BC6A9 | Domination Part Two |
| 11/22/2015 07:12:50 | ED98DE827DC2DDA3A27008288C15A864E816F235 | Tiny Seductress |
| 11/19/2015 22:50:23 | 541BDBD5EF818A76C75843AB4E5FE630D34B1F56 | Rock Me Baby |
| 11/10/2015 03:18:02 | AA71EC044F997A6DFF8907DA18F28D94B3D680CE | Dressed to Thrill |
| 11/06/2015 13:32:02 | C8694438A999C04E06046015A0AF1D9DAA8F9F9E | Two Fingers Deep |

EXHIBIT A

ECA109

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/04/2015 17:31:12 | 6C718569D024856E2630672F1E3CFEBDC0BC1940 | The Cabin And My Wood |
| 10/19/2015 17:38:28 | 34B7D0F7C74E4EFCC99FDD4655858C1C600895F8 | Four Ways |
| 10/04/2015 01:35:13 | 0CED96BFE59B9DF5B32B4415E43B4D0BF961ABAD | Skin Tillating Sex For Three |
| 09/22/2015 18:37:13 | 4748511A14133B6A0A516F6B0FB792732414BD1A | Freckle Faced Fox |
| 09/21/2015 01:28:22 | C3D4BF16572A34A862FAB27FF99BDA37D693AE75 | Go Down On Me |
| 09/16/2015 00:47:44 | 3A12C46AA907A92C48D1E2DF6C3757467F443218 | A Fucking Picnic |
| 09/10/2015 22:27:07 | E5F4C4F72E5A518CF386AEFDB830C99B8923AA7C | Alexis Love Me |
| 09/07/2015 06:26:54 | BFE3665A5F131D284C6D61FB00A6408930310ECE | My Blue Heaven |
| 09/02/2015 15:42:19 | 49F72ED8605745D2CEA53547F40C493B6C0F08BC | Supermodel Sex |
| 08/30/2015 21:12:26 | 42F732269BB82BDD2394752301CE190C31BA11C7 | Every Mans Sexy Camping Trip |
| 08/24/2015 00:47:50 | 78DD393228B63421764A7EFD081E0F8B27AD40C0 | Introducing Kennedy |
| 08/16/2015 18:18:10 | 62F779BB326AE96AF29ED89E9AE28DBBC3C76495 | Lovers Lane |
| 08/03/2015 19:27:37 | FC9E063D9DEFC93BD993CB36B48BE65256D31C58 | Dangerous When Wet |
| 08/02/2015 19:16:18 | 6003250A1022FBB217C7F13C10D5702B7EF7C46F | Among The Wildflowers |
| 07/30/2015 21:46:22 | 5FCEF7FF1D6862929166E27DBB490690B6A72F4B | A Romp At The Ranch |
| 07/25/2015 06:45:30 | E0F08EF1D7CE79B07CE18BD8738BD6DDD5845204 | California Surf Fever |
| 07/18/2015 22:30:39 | 26D307159615E82E652F1D077D4AE78BDBD8FCF6 | Surrender To Seduction |
| 07/11/2015 06:15:44 | 5C30DE82F7E89D24029295062F75FF4DE909D8FE | Catching The Sun |
| 06/16/2015 20:04:51 | A972B040689FC7B806E2DB3B9DA8911E9D514C78 | Tight Ass Teen |
| 06/16/2015 20:04:21 | AF4D33D64A898790B4B4C76A479C9796CFF7A3A6 | Retro Romp |
| 06/13/2015 18:30:38 | 3781EF193EAF3369CD2846DE019CDBE5604E8EE4 | Lisas Playroom |
| 06/11/2015 23:35:51 | 4AAE5A36F0676190172F4ADAC6C2349CBF410432 | Girls Just Want To Have Fun |
| 06/02/2015 22:52:09 | 9836D28794D576D6A37EABBF4106A9A782FF14C3 | I Know You Love Me |
| 05/30/2015 23:15:21 | 2788D3340D8C923096133B62DE25288CA0DE2123 | Hippie Chic |
| 05/28/2015 00:19:40 | B78A8498885982C28D42BAFD1A5E11C103871870 | Angel Dust |

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/17/2015 04:05:33 | 90492371EC768886106C514E1AA0981CD8239371 | Capture Me |
| 05/13/2015 19:10:13 | 274FF444CA82FBAA3284322A1B9956BB950BF8E1 | A Sultry Summer Invitation |
| 05/07/2015 20:54:13 | A6334E69FB23CF9107640AF026291A31C1C49B96 | Come Together Part #2 |
| 05/07/2015 17:01:45 | 3FB54A391595067703936ED033334997C2FD161D | Come Together Part #1 |
| 04/29/2015 23:27:43 | 834C063F4CFEFFF1FACC48B9AEE0121C96940D79 | Midnight Passion |
| 04/25/2015 11:23:12 | BE8C24E5306BD4C706C60ADD1130FD78B9970E83 | Tantric Massage |
| 04/24/2015 21:52:36 | 88DC4EC70AB81986698CE8099924C834DE5C6A5D | Dripping Pleasures |
| 04/07/2015 20:24:40 | 7E18275058B4138F19258FD6123B312B6C8F4079 | UnBREElievable |
| 03/21/2015 21:00:10 | FA09A16F22BF596AE068D10BE4FA703172AE6B6F | Blondes Love Brunettes |
| 03/18/2015 07:08:31 | A9A4D695489482A5A273E5120CA1961E64DDFAC0 | Spread Across The Floor |
| 03/08/2015 04:35:10 | 5B9ED35F812B706A361DCC3C20DA39A57A0FF155 | Best Friends With Benefits |
| 03/06/2015 01:45:02 | D7178A5CDC7437A882ED72E423417A04913A2B7F | Should Have Seen Your Face |
| 03/01/2015 18:31:48 | 08B513A2A4D72B210A05DB3AFCA8D71CF6B5A3A7 | In Bed With Me |
| 02/25/2015 23:20:46 | D70AC93B9551F58A8C985E6A8DA0A371C4F3C383 | Pleasant Surprise |
| 02/16/2015 17:47:18 | 02B6BC450E157E5508739C4439A77909126FD758 | Bring Me To My Knees |
| 02/08/2015 01:45:38 | 4146C47720B0CB2FDDBE4D29ABAFF45F88C4EC4D | Competition |
| 01/25/2015 19:28:16 | 1DE84D730C2984BC8000D4185D9EBEF5DE53068B | So Cute |
| 01/21/2015 00:22:24 | 8AED2C29F2C7E7D17F6558F87D7081DC7C6C1264 | Fucking Ballerinas |
| 01/19/2015 04:23:04 | 69E2793671D6181D3BE75F64A80BBDF46CBC1F7E | Sizzling Hot |
| 01/15/2015 23:15:58 | E27DAB06D9D63E4869D27BC89011F85F918ED688 | Love From USA |
| 01/15/2015 23:06:50 | 3262E9F8EBFFF144108A10A548E7BC1B59CF54F1 | The Rich Girl Part #2 |
| 01/10/2015 03:03:34 | 0B6086B22F3C9BB38F9C634E277D8031B60962F9 | The Secretary |
| 01/06/2015 23:55:52 | 549109924553BDE10D628E1B7466B4FFCAE0190B | Introducing Maya |
| 12/29/2014 05:48:14 | 23255D99F9B2D88DE928662B4D8DC7E3FBB1BFD7 | Strawberry Morning |
| 12/24/2014 01:16:54 | C64DEA736450FEA13E4D1EF511AFA4FB72751F7F | Pure Aubrey |

EXHIBIT A

ECA109

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/21/2014 11:18:33 | 0D9238EB74C2D78C199AE2763315F1110C8B6F77 | Enjoy the Ride |
| 12/18/2014 18:09:59 | 4C4975B408B186840BE194811DF6A5E931960FBF | First Time |
| 12/07/2014 01:49:05 | D31250F2F583DFEFF9AC794E0CC750A74ABF46E6 | I Want You To Want Me |
| 12/06/2014 08:56:52 | C0CAFC0D34E4EE0022611ED577CF42FD0CC74ED0 | Still Mine |
| 11/26/2014 17:47:38 | FB097DA350BE72BDA905D10ADE72E2D29CD8109E | Cum In Get Wet |
| 11/22/2014 08:41:01 | 6650C8A190BA04EBC731EDF5125A75D9F97DE63D | Fuck Me More |
| 11/16/2014 22:38:20 | DF5D7DB4CE9E208CEC489CF6EF79DFCBFECFA2CE | Spellbound |
| 11/14/2014 10:59:11 | 7F3928353CB9471449C440DCC80607C30CEE40E6 | Deep Down In Me |
| 11/10/2014 23:20:19 | 3450E5CCB3AAABD0D975E9E3CEDA726BAC93B85F | Summertime |
| 10/31/2014 21:01:03 | B2BE8CED9707899AAF5C35F69A38200723690B60 | Sunset Memories |
| 10/30/2014 19:53:28 | B19526FEF0F09F6551CE109BE102242F6934978C | Je Mappelle Belle |
| 10/25/2014 09:29:27 | 2EC84B467597DD2833FFB8D2E7332F9FAE132A3C | Do Me Darling |
| 10/23/2014 09:12:48 | ADADF6B63240689D42CDFCD29BC1F765D23F1226 | Call Me Fox |
| 10/14/2014 08:18:45 | 18CBAC27148BB5C51292A7E04AD1F2383B08B567 | Spanish Heat |
| 10/11/2014 01:41:35 | 7696E83C64D3D99574E2A256DD1138350750DB1A | Cant Let Go |
| 10/10/2014 00:24:54 | A50B927A7A2600D8F6DC2F56E42B8D569F5FC65B | Serving Seduction |
| 10/06/2014 17:00:22 | B5FB89FE9EA665A7BD8CE97AFE871C2C8A2E3270 | Instant Erotica |
| 09/24/2014 00:31:08 | 574EDC8F0863EA6A63ECC4A82C6298F1B1AE9ECF | Cum On The Floor |
| 09/20/2014 23:25:49 | EB7DC96653D2835676ED28AC4A9748832773AC63 | Fun For Three |
| 09/19/2014 02:45:59 | D327F316DFD3ABFB66467EAFCE8926020D4864D1 | Queen of Hearts |
| 09/16/2014 22:01:34 | DA8FB480D761C5249462DD3B61A87E66FC16D3E1 | Sexy and Wild |
| 09/13/2014 07:56:40 | DA7561ABF294EF9E218EF0067767181354F67DB5 | Lisas Hidden Cam |
| 09/11/2014 03:25:16 | 9A7E26E67DD77CC583DE0480E80FC9F2F921CCD7 | They Only Look Innocent |
| 09/10/2014 21:04:07 | F71F475FF6808D1C56053E506C04E020546B686C | Slow Motion |
| 09/07/2014 06:26:02 | 37F71FDC35F355D104AF4A8D25719FFBD7B920DF | Elevated Erotica |

EXHIBIT A

ECA109

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/04/2014 03:35:07 | 351D4366FCF07043D27F0706FC76CA702DEBCD07 | Hot Orgasm |
| 08/29/2014 03:11:44 | 98713B18E05B43CC4CE07D9D2F8B76C8EEEE3C7E | Taste Me |
| 08/29/2014 01:31:54 | 1365C687A7ED158DE90A62E0E09C0E7244F32ACB | Smarty Pants |
| 08/27/2014 12:34:27 | 54FC0DF8D10010B4B2D9189D07DA6F9377A3BD6F | Paint Me White |
| 08/21/2014 18:45:06 | 394A5E34E7514890F64F132D47CBAA4A8CF707BB | Angelica means Angel |
| 08/16/2014 05:11:10 | 773219DCAC0003ACB8C44C5579A2BA5991D2F961 | A Dream Of You |
| 08/16/2014 00:24:37 | 375C0505BC8B5CE1AB37C7B645721C5B81A60957 | Pretty Bad Girl |
| 08/09/2014 12:12:17 | 5B41CDDCE3334D93A12694242177F79B1063A2D1 | Black On White |
| 08/07/2014 04:35:58 | 66F7E8C98CE300AE09B1055C562294051D4372A6 | Breakfast At Eves |
| 08/03/2014 08:50:33 | 93882D41DE0FBACD7A5D1B62C2A2F157C805A364 | Any And All For You |
| 08/02/2014 05:33:59 | EB490FC388E8D3F31AA6370DDB5C39629BFAB909 | In The Dark |
| 07/31/2014 01:09:04 | E23A2AD9CF72D067E543D4CF0CB5C0BF823E1E8C | Carry Me Home |
| 07/29/2014 05:17:18 | 3AF04626AB64705F5C8BF0F92DF4EBF6D88784DD | Precious Metal |
| 07/27/2014 04:25:03 | 664D231F45EBC48EA9983C7FE426CF36E3F227A6 | Highrise Rendezvous |
| 07/20/2014 08:10:34 | 228271374167CF1818F73029409746D0E03FF079 | Fireside Fantasy |
| 07/16/2014 02:55:01 | 6F0C35345F672E9AF659B52026CF6099D2FB827E | Yours Forever |
| 07/12/2014 00:15:44 | 8A671EF515DEB460D04DF16593475EB5A6708325 | Summertime Lunch |
| 07/10/2014 22:47:58 | 4BDE83A29F9AD84703739634FEAF0C1D07C992CE | Sweet Awakening |
| 06/24/2014 10:37:26 | 2E6C1013BB4CCAEA05E359D66BB514B5C88DE14C | Come Close |
| 05/24/2014 03:04:33 | 217D6732A6FFED0D4BBEE863D77C5F18E8291C0A | Just Watch |
| 05/18/2014 20:48:28 | DDC802637026C75E45432E7A031AFC944B3E3DBD | Meet My Lover From Austria |
| 04/16/2014 00:55:07 | BAB1EDABA850C181C23DEA00AFA8F83551F90457 | Not Alone |
| 04/13/2014 21:44:38 | E12E1C91E8E64F6521394E742BDC51189B9D1671 | Rendezvous |
| 04/08/2014 01:56:23 | 698ED5C9030CE6DA023F98996DEDF2878449858F | Pink Perfection |
| 04/05/2014 04:41:44 | 6DBC0ADF8D4E5388FB9CAB873B5BAB8A943B7968 | Lonesome Without You |

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/23/2014 10:00:08 | 82B3A73D36CFCBFB9CBE17D4294C2BEA1192B52C | Sweet Dreamers |
| 03/21/2014 08:47:39 | E05F603CC9CA6C6C5402B8ABCB3AAB0479F2DEAB | Fascination With My Body |
| 03/21/2014 08:17:26 | B5F7917A01002453F13815D60A7C484BA2414F60 | Insanely Gorgeous |
| 03/18/2014 06:09:12 | B570E32D6CF01C9B166AF3AC3272D99BD4DEBC9B | All Oiled Up |
| 03/03/2014 23:10:25 | D201FC489A0963973DCEC7201345543041BC3585 | Feeling Frisky |
| 02/19/2014 21:47:45 | 5BFBC80CB32A157DE40CA3460F76C19A38F51D8E | Getting Ready For Bed |
| 02/17/2014 09:32:27 | 55D8F675BE3EDD9A24338353A8D381297FCFA2C6 | It Is A Fine Line |
| 02/17/2014 08:16:38 | 0BEE301C89217B04306BCF5DD3A6C019EB546AA9 | Risky Business |
| 02/12/2014 00:25:31 | A86778A4CB59D178765D200C77B85481787E13C3 | Pretty Little Belle |
| 02/09/2014 08:19:58 | 6C872B854EB37AAF2D391497EC4780DDCA98EDA8 | Submissive Seduction |
| 01/31/2014 22:38:14 | 85B4FEC313AF55568EFCDC1AF3C27172B5FD8FA0 | A Little Time For Myself |
| 01/31/2014 22:35:15 | 01F15A72D2A965A83AA085B9293C8F254B69ACBA | A Hot Number |
| 01/30/2014 05:02:05 | 2460D9112DD2BAB3B46515C3828223A13ADE009C | So Young |
| 01/18/2014 00:39:30 | 2D15ABD5CE6549D8B57AB97DFD1A0C13B6F6AC9D | Mile High Club |
| 01/16/2014 01:34:13 | 645D812AAD1952E2A0058C1E8DED1C2EC337596D | I Will See You In The Morning |
| 01/12/2014 14:29:08 | 2FE2DE9CD696879FF73E82A007CCE73A02BA6ADC | Getting Ready For You |
| 01/12/2014 05:37:43 | 4C0CDAF8D3DF5E95BD182BA6DA91DD8AFA884B63 | The Way I Feel |
| 01/08/2014 08:24:15 | 3C00FC196067141B2C821CFF44119A5BB38411C2 | In for the Night |
| 01/06/2014 08:08:08 | A5CC3718F16EC40D0DD812BD541D3CF645EB098B | Creamy |
| 01/01/2014 02:26:04 | 5EBFBECEDF23DE0C982FDC30D1503D792DF7DB72 | And Then There Was You |
| 12/26/2013 20:42:45 | EF0B10A7905EDD7F159A9382C27BAC471AA0F1C5 | Santas Little Helper |
| 12/24/2013 19:27:38 | 681210291849AF58636CC4604F3B54B0649658C4 | Warm and Fuzzy |
| 12/11/2013 07:07:07 | C9078051580A5D0C1AF2BFEAA20A8D1F905935EF | Lying Around |
| 12/07/2013 08:18:51 | F49FB3F6E9E8EC5107C4D5D3655EA0F85C72E9AD | Ready for Love |
| 12/05/2013 05:00:49 | 3CA4F834FF08762697240B7968A93871E484F4D0 | So Right Its Wrong |

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/02/2013 19:21:37 | 738503520F4E2C8E64ED2C125E4D947E72C66777 | Many Shades of Grey |
| 11/24/2013 03:30:54 | 8D66D37EBA0631C647CDEB7FABAE34F07086466C | Tease and Please |
| 11/22/2013 00:26:19 | EF934069C653BFB1359069DDB9FEBADCBE2736A9 | High School Dropouts |
| 11/18/2013 02:22:39 | 3D6C68E460C2C41DA6B231E665FC6CBFCB69D4E0 | A Blonde in my Bedroom |
| 11/17/2013 07:03:46 | D03B4E4412A865AB180473E3265D1480C35AE4FE | Undress Me |
| 11/17/2013 03:35:18 | F5070BE220BC834CAD7F5A7765ABBF4182632C56 | They Meet Again |
| 11/12/2013 23:53:01 | AC1ABBDC2B6B870B43D09F11938A492B7CCC893A | So Beautiful |
| 11/10/2013 06:48:41 | B1F97E08951D313B4D5B6F04D2355E1265053DF3 | Awakening |
| 11/07/2013 20:12:33 | 8A0D26C7EFC6CA7D6BEC9135FA56CA8B876ED860 | No Hurry |
| 10/31/2013 00:51:22 | 19D9835BA8045489A604AF3F6F282C48D1671A73 | Baby Blues |
| 10/29/2013 08:11:15 | 45DC4C75A52E734324368B98FFA827362758CBB5 | My Naughty Girl |
| 10/24/2013 02:59:30 | 9A9510AD8413E7F66454715992F96AC2B8E29ACE | Bohemian Rhapsody |
| 10/19/2013 01:46:04 | 6A27338A96EEC82891E10131B23F688F602BF673 | Cassie My Love |
| 10/18/2013 03:32:59 | BAD37FDC1315C4C34191F49257A01CCC9E181691 | Grow Up With Me |

**Total Statutory Claims Against Defendant: 165**

EXHIBIT A

ECA109