**Copyrights-In-Suit for IP Address 162.203.54.120**

**ISP:** AT&T Internet Services
**Location:** Carmichael, CA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Alone With You | PENDING | 06/29/2016 | 07/08/2016 | 07/02/2016 |
| Pink Kitty | PENDING | 06/16/2016 | 06/30/2016 | 06/17/2016 |
| In the Garden of Ecstasy | PENDING | 05/21/2016 | 05/24/2016 | 05/23/2016 |
| Crush on Kush | PENDING | 03/29/2016 | 04/13/2016 | 03/31/2016 |
| Susie Forever | PENDING | 03/23/2016 | 04/13/2016 | 03/24/2016 |
| Come Fuck With Me | PENDING | 03/10/2016 | 04/13/2016 | 03/11/2016 |
| A Night In Vegas | PA0001974004 | 10/21/2015 | 11/03/2015 | 03/10/2016 |
| All I Want for Christmas | PA0001986976 | 12/18/2015 | 01/18/2016 | 03/10/2016 |
| Dripping Desires | PA0001918737 | 10/17/2014 | 10/22/2014 | 03/10/2016 |
| The Cock Teaser | PENDING | 02/29/2016 | 03/16/2016 | 03/01/2016 |
| Loving It Hard And Deep | PENDING | 02/11/2016 | 03/16/2016 | 02/12/2016 |
| A Beautiful Place | PENDING | 02/07/2016 | 02/17/2016 | 02/09/2016 |
| Model Couple on Vacation | PA0001874613 | 12/17/2013 | 12/26/2013 | 01/30/2016 |
| Sex Drive | PENDING | 01/22/2016 | 02/17/2016 | 01/23/2016 |
| Horsing Around | PENDING | 01/18/2016 | 02/17/2016 | 01/22/2016 |
| Sex At The Office | PA0001990003 | 01/07/2016 | 01/18/2016 | 01/09/2016 |
| Inside Caprice | PA0001990004 | 12/29/2015 | 01/18/2016 | 01/01/2016 |
| Black Widow | PA0001987183 | 12/25/2015 | 01/18/2016 | 12/28/2015 |
| Make Me Cum | PENDING | 12/11/2015 | 12/29/2015 | 12/14/2015 |
| Like The First Time | PA0001778844 | 02/29/2012 | 02/29/2012 | 12/11/2015 |
| Domination Part Two | PA0001974001 | 11/24/2015 | 12/07/2015 | 11/30/2015 |

EXHIBIT B

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Tiny Seductress | PA0001974011 | 11/20/2015 | 12/07/2015 | 11/22/2015 |
| Rock Me Baby | PA0001907592 | 07/19/2014 | 07/25/2014 | 11/19/2015 |
| Dressed to Thrill | PA0001973995 | 11/08/2015 | 11/16/2015 | 11/10/2015 |
| Two Fingers Deep | PA0001974014 | 11/05/2015 | 11/16/2015 | 11/06/2015 |
| The Cabin And My Wood | PA0001973997 | 11/01/2015 | 11/16/2015 | 11/04/2015 |
| Four Ways | PA0001914532 | 09/13/2014 | 09/16/2014 | 10/19/2015 |
| Skin Tillating Sex For Three | PA0001973993 | 10/03/2015 | 11/03/2015 | 10/04/2015 |
| Freckle Faced Fox | PA0001970454 | 09/18/2015 | 09/21/2015 | 09/22/2015 |
| Go Down On Me | PA0001904131 | 06/11/2014 | 06/19/2014 | 09/21/2015 |
| A Fucking Picnic | PA0001970487 | 09/12/2015 | 09/21/2015 | 09/16/2015 |
| Alexis Love Me | PA0001970460 | 09/10/2015 | 09/21/2015 | 09/10/2015 |
| My Blue Heaven | PA0001967077 | 09/05/2015 | 09/07/2015 | 09/07/2015 |
| Supermodel Sex | PA0001967075 | 09/02/2015 | 09/07/2015 | 09/02/2015 |
| Every Mans Sexy Camping Trip | PA0001967079 | 08/28/2015 | 09/07/2015 | 08/30/2015 |
| Introducing Kennedy | PA0001965759 | 08/19/2015 | 08/26/2015 | 08/24/2015 |
| Lovers Lane | PA0001958622 | 08/14/2015 | 08/18/2015 | 08/16/2015 |
| Dangerous When Wet | PA0001954793 | 08/03/2015 | 08/03/2015 | 08/03/2015 |
| Among The Wildflowers | PA0001954794 | 07/31/2015 | 08/03/2015 | 08/02/2015 |
| A Romp At The Ranch | PA0001953952 | 07/28/2015 | 07/29/2015 | 07/30/2015 |
| California Surf Fever | PA0001953953 | 07/23/2015 | 07/29/2015 | 07/25/2015 |
| Surrender To Seduction | PA0001953367 | 07/17/2015 | 07/27/2015 | 07/18/2015 |
| Catching The Sun | PA0001950762 | 07/09/2015 | 07/13/2015 | 07/11/2015 |
| Tight Ass Teen | PA0001938748 | 04/01/2015 | 04/06/2015 | 06/16/2015 |
| Retro Romp | PA0001944203 | 05/14/2015 | 05/26/2015 | 06/16/2015 |
| Lisas Playroom | PA0001947091 | 06/13/2015 | 06/16/2015 | 06/13/2015 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Girls Just Want To Have Fun | PA0001947090 | 06/11/2015 | 06/16/2015 | 06/11/2015 |
| I Know You Love Me | PA0001946190 | 06/01/2015 | 06/16/2015 | 06/02/2015 |
| Hippie Chic | PA0001946189 | 05/29/2015 | 06/16/2015 | 05/30/2015 |
| Angel Dust | PA0001944201 | 05/25/2015 | 05/26/2015 | 05/28/2015 |
| Capture Me | PA0001944202 | 05/16/2015 | 05/26/2015 | 05/17/2015 |
| A Sultry Summer Invitation | PA0001944206 | 05/12/2015 | 06/02/2015 | 05/13/2015 |
| Come Together Part #2 | PA0001942841 | 05/07/2015 | 05/15/2015 | 05/07/2015 |
| Come Together Part #1 | PA0001942840 | 05/05/2015 | 05/15/2015 | 05/07/2015 |
| Midnight Passion | PA0001933685 | 02/20/2015 | 03/03/2015 | 04/29/2015 |
| Tantric Massage | PA0001892180 | 04/25/2014 | 04/29/2014 | 04/25/2015 |
| Dripping Pleasures | PA0001941285 | 04/24/2015 | 04/27/2015 | 04/24/2015 |
| UnBREElievable | PA0001938830 | 03/28/2015 | 04/06/2015 | 04/07/2015 |
| Blondes Love Brunettes | PA0001937376 | 03/21/2015 | 04/03/2015 | 03/21/2015 |
| Spread Across The Floor | PA0001937378 | 03/17/2015 | 04/03/2015 | 03/18/2015 |
| Best Friends With Benefits | PA0001935102 | 03/07/2015 | 03/11/2015 | 03/08/2015 |
| Should Have Seen Your Face | PA0001935105 | 03/05/2015 | 03/11/2015 | 03/06/2015 |
| In Bed With Me | PA0001935101 | 03/01/2015 | 03/11/2015 | 03/01/2015 |
| Pleasant Surprise | PA0001935107 | 02/25/2015 | 03/11/2015 | 02/25/2015 |
| Bring Me To My Knees | PA0001932106 | 02/15/2015 | 02/17/2015 | 02/16/2015 |
| Competition | PA0001932116 | 02/07/2015 | 02/17/2015 | 02/08/2015 |
| So Cute | PA0001929802 | 01/25/2015 | 01/28/2015 | 01/25/2015 |
| Fucking Ballerinas | PA0001928404 | 01/17/2015 | 01/19/2015 | 01/21/2015 |
| Sizzling Hot | PA0001928433 | 01/17/2015 | 01/19/2015 | 01/19/2015 |
| Love From USA | PA0001928430 | 01/03/2015 | 01/19/2015 | 01/15/2015 |
| The Rich Girl Part #2 | PA0001762808 | 11/16/2011 | 11/30/2011 | 01/15/2015 |

EXHIBIT B

ECA109

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| The Secretary | PA0001928397 | 01/09/2015 | 01/19/2015 | 01/10/2015 |
| Introducing Maya | PA0001928429 | 01/05/2015 | 01/19/2015 | 01/06/2015 |
| Strawberry Morning | PA0001926089 | 12/27/2014 | 12/29/2014 | 12/29/2014 |
| Pure Aubrey | PA0001926084 | 12/22/2014 | 12/29/2014 | 12/24/2014 |
| Enjoy the Ride | PA0001926086 | 12/18/2014 | 12/29/2014 | 12/21/2014 |
| First Time | PA0001926092 | 12/13/2014 | 12/29/2014 | 12/18/2014 |
| I Want You To Want Me | PA0001925335 | 12/06/2014 | 12/10/2014 | 12/07/2014 |
| Still Mine | PA0001925346 | 12/04/2014 | 12/10/2014 | 12/06/2014 |
| Cum In Get Wet | PA0001923948 | 11/26/2014 | 12/08/2014 | 11/26/2014 |
| Fuck Me More | PA0001923957 | 11/22/2014 | 12/08/2014 | 11/22/2014 |
| Spellbound | PA0001922954 | 11/15/2014 | 11/18/2014 | 11/16/2014 |
| Deep Down In Me | PA0001922955 | 11/13/2014 | 11/18/2014 | 11/14/2014 |
| Summertime | PA0001922274 | 11/09/2014 | 11/14/2014 | 11/10/2014 |
| Sunset Memories | PA0001921296 | 10/31/2014 | 11/06/2014 | 10/31/2014 |
| Je Mappelle Belle | PA0001921294 | 10/29/2014 | 11/06/2014 | 10/30/2014 |
| Do Me Darling | PA0001921297 | 10/24/2014 | 11/06/2014 | 10/25/2014 |
| Call Me Fox | PA0001921291 | 10/22/2014 | 11/06/2014 | 10/23/2014 |
| Spanish Heat | PA0001917709 | 10/13/2014 | 10/19/2014 | 10/14/2014 |
| Cant Let Go | PA0001917713 | 10/10/2014 | 10/19/2014 | 10/11/2014 |
| Serving Seduction | PA0001916704 | 10/08/2014 | 10/09/2014 | 10/10/2014 |
| Instant Erotica | PA0001916058 | 10/06/2014 | 10/06/2014 | 10/06/2014 |
| Cum On The Floor | PA0001914818 | 09/22/2014 | 09/22/2014 | 09/24/2014 |
| Fun For Three | PA0001914731 | 09/19/2014 | 09/22/2014 | 09/20/2014 |
| Queen of Hearts | PA0001914720 | 09/17/2014 | 09/22/2014 | 09/19/2014 |
| Sexy and Wild | PA0001914530 | 09/15/2014 | 09/16/2014 | 09/16/2014 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Lisas Hidden Cam | PA0001914534 | 09/11/2014 | 09/16/2014 | 09/13/2014 |
| They Only Look Innocent | PA0001877471 | 01/24/2014 | 01/31/2014 | 09/11/2014 |
| Slow Motion | PA0001787875 | 04/22/2012 | 04/23/2012 | 09/10/2014 |
| Elevated Erotica | PA0001909513 | 08/17/2014 | 08/26/2014 | 09/07/2014 |
| Hot Orgasm | PA0001903922 | 06/03/2014 | 06/12/2014 | 09/04/2014 |
| Shes A Spinner | PA0001914521 | 09/03/2014 | 09/17/2014 | 09/03/2014 |
| Taste Me | PA0001912773 | 08/27/2014 | 09/17/2014 | 08/29/2014 |
| Smarty Pants | PA0001912774 | 08/28/2014 | 09/17/2014 | 08/29/2014 |
| Paint Me White | PA0001909785 | 08/24/2014 | 08/26/2014 | 08/27/2014 |
| Angelica means Angel | PA0001909782 | 08/20/2014 | 08/26/2014 | 08/21/2014 |
| A Dream Of You | PA0001909516 | 08/15/2014 | 08/26/2014 | 08/16/2014 |
| Pretty Bad Girl | PA0001909504 | 08/14/2014 | 08/26/2014 | 08/16/2014 |
| Black On White | PA0001909489 | 08/07/2014 | 08/26/2014 | 08/09/2014 |
| Breakfast At Eves | PA0001909480 | 08/06/2014 | 08/26/2014 | 08/07/2014 |
| Any And All For You | PA0001908677 | 08/02/2014 | 08/11/2014 | 08/03/2014 |
| In The Dark | PA0001908451 | 07/31/2014 | 08/04/2014 | 08/02/2014 |
| Carry Me Home | PA0001908452 | 07/29/2014 | 08/04/2014 | 07/31/2014 |
| Precious Metal | PA0001908248 | 07/27/2014 | 07/31/2014 | 07/29/2014 |
| Highrise Rendezvous | PA0001908213 | 07/25/2014 | 07/31/2014 | 07/27/2014 |
| Fireside Fantasy | PA0001907607 | 07/17/2014 | 07/25/2014 | 07/20/2014 |
| Yours Forever | PA0001907573 | 07/15/2014 | 07/25/2014 | 07/16/2014 |
| Summertime Lunch | PA0001907078 | 07/11/2014 | 07/25/2014 | 07/12/2014 |
| Sweet Awakening | PA0001907077 | 07/09/2014 | 07/27/2014 | 07/10/2014 |
| Come Close | PA0001905140 | 06/23/2014 | 06/30/2014 | 06/24/2014 |
| Just Watch | PA0001898092 | 05/22/2014 | 06/06/2014 | 05/24/2014 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Meet My Lover From Austria | PA0001898094 | 05/17/2014 | 06/06/2014 | 05/18/2014 |
| Not Alone | PA0001889410 | 04/09/2014 | 04/15/2014 | 04/16/2014 |
| Rendezvous | PA0001889397 | 04/12/2014 | 04/15/2014 | 04/13/2014 |
| Pink Perfection | PA0001887098 | 04/07/2014 | 04/07/2014 | 04/08/2014 |
| Lonesome Without You | PA0001887108 | 04/03/2014 | 04/07/2014 | 04/05/2014 |
| Sweet Dreamers | PA0001883771 | 03/09/2014 | 03/24/2014 | 03/23/2014 |
| Fascination With My Body | PA0001885189 | 03/17/2014 | 03/24/2014 | 03/21/2014 |
| Insanely Gorgeous | PA0001885205 | 03/19/2014 | 03/24/2014 | 03/21/2014 |
| All Oiled Up | PA0001885187 | 03/15/2014 | 03/24/2014 | 03/18/2014 |
| Feeling Frisky | PA0001880671 | 02/22/2014 | 02/27/2014 | 03/03/2014 |
| Getting Ready For Bed | PA0001880669 | 02/19/2014 | 02/27/2014 | 02/19/2014 |
| It Is A Fine Line | PA0001880437 | 02/15/2014 | 02/21/2014 | 02/17/2014 |
| Risky Business | PA0001878455 | 02/01/2014 | 02/18/2014 | 02/17/2014 |
| Pretty Little Belle | PA0001878425 | 02/09/2014 | 02/13/2014 | 02/12/2014 |
| Submissive Seduction | PA0001878420 | 02/07/2014 | 02/13/2014 | 02/09/2014 |
| A Little Time For Myself | PA0001877474 | 01/28/2014 | 01/31/2014 | 01/31/2014 |
| A Hot Number | PA0001878456 | 01/30/2014 | 02/18/2014 | 01/31/2014 |
| So Young | PA0001877472 | 01/25/2014 | 01/31/2014 | 01/30/2014 |
| Mile High Club | PA0001877249 | 01/16/2014 | 01/26/2014 | 01/18/2014 |
| I Will See You In The Morning | PA0001874746 | 01/14/2014 | 01/15/2014 | 01/16/2014 |
| Getting Ready For You | PA0001874744 | 01/10/2014 | 01/15/2014 | 01/12/2014 |
| The Way I Feel | PA0001874745 | 01/08/2014 | 01/15/2014 | 01/12/2014 |
| In for the Night | PA0001874670 | 01/06/2014 | 01/06/2014 | 01/08/2014 |
| Creamy | PA0001874617 | 01/02/2014 | 01/05/2014 | 01/06/2014 |
| And Then There Was You | PA0001874615 | 12/31/2013 | 01/05/2014 | 01/01/2014 |

EXHIBIT B

ECA109

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Santas Little Helper | PA0001874520 | 12/23/2013 | 12/30/2013 | 12/26/2013 |
| Warm and Fuzzy | PA0001872753 | 12/12/2013 | 12/15/2013 | 12/24/2013 |
| Lying Around | PA0001872754 | 12/10/2013 | 12/15/2013 | 12/11/2013 |
| Ready for Love | PA0001872968 | 12/05/2013 | 12/07/2013 | 12/07/2013 |
| So Right Its Wrong | PA0001872084 | 12/01/2013 | 12/04/2013 | 12/05/2013 |
| Many Shades of Grey | PA0001872083 | 11/29/2013 | 12/04/2013 | 12/02/2013 |
| Tease and Please | PA0001871937 | 11/23/2013 | 11/29/2013 | 11/24/2013 |
| High School Dropouts | PA0001871934 | 11/21/2013 | 11/29/2013 | 11/22/2013 |
| A Blonde in my Bedroom | PA0001869247 | 11/17/2013 | 11/22/2013 | 11/18/2013 |
| Undress Me | PA0001869238 | 11/15/2013 | 11/21/2013 | 11/17/2013 |
| They Meet Again | PA0001866049 | 10/11/2013 | 10/16/2013 | 11/17/2013 |
| So Beautiful | PA0001868919 | 11/11/2013 | 11/13/2013 | 11/12/2013 |
| Awakening | PA0001868806 | 11/09/2013 | 11/10/2013 | 11/10/2013 |
| No Hurry | PA0001868811 | 11/07/2013 | 11/10/2013 | 11/07/2013 |
| Baby Blues | PA0001867887 | 10/30/2013 | 11/03/2013 | 10/31/2013 |
| My Naughty Girl | PA0001868094 | 10/28/2013 | 11/01/2013 | 10/29/2013 |
| Bohemian Rhapsody | PA0001867584 | 10/23/2013 | 10/25/2013 | 10/24/2013 |
| Cassie My Love | PA0001866053 | 10/13/2013 | 10/16/2013 | 10/19/2013 |
| Grow Up With Me | PA0001866185 | 10/17/2013 | 10/19/2013 | 10/18/2013 |

**Total Malibu Media, LLC Copyrights Infringed:  165**

EXHIBIT B

ECA109