**X-art Unauthorized Pack 725E259**

A Night In Vegas

All I Want for Christmas

Black Widow

Dripping Desires

Shes A Spinner

**Total Registered Works in X-art Unauthorized Pack 725E259: 5**

Exhibit C

ECA109