# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>                    Plaintiff,<br><br>vs.<br><br>BRIAN THURSTON,<br><br>                    Defendant. | Case Number: 2:16-cv-01716-JAM-KJN<br><br>**ORDER ON PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND AMENDED COMPLAINT** |

THIS CAUSE came before the Court upon Plaintiff's Second Motion for Extension of Time Within Which it Has to Serve Defendant with a Summons and Amended Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's Motion is granted. Plaintiff shall have until April 4, 2017 to effectuate service of a summons and Amended Complaint on Defendant.

SO ORDERED this 1st day of March, 2017

/s/ John A. Mendez_____
UNITIED STATES DISTRICT COURT JUDGE

1